**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cesar Armando PACHECO–CANTO,**
**Defendant–Appellant.**

**No. 99–50664.**

**D.C. No. CR–98–00046–RT.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 13, 2001.*

Decided Aug. 28, 2001.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before HAWKINS, TASHIMA and GOULD, Circuit Judges.

### MEMORANDUM **

Cesar Armando Pacheco–Canto appeals his guilty plea conviction and 77–month sentence imposed for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Pacheco–Canto's counsel has filed a brief stating that there are no arguable issues for review, and a motion to withdraw as counsel of record. Pacheco–Canto has not filed a pro se supplemental brief.

Counsel has identified and correctly rejected as potential issues for appeal the following: (1) whether the district court failed to comply with Fed.R.Crim.P. 11 requirements; (2) whether counsel was ineffective for advising Pacheco–Canto to plead guilty; (3) whether Pacheco–Canto's sentence violated *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), because it was enhanced by his prior aggravated felony conviction; and (4) whether the district court's failure to depart for alleged sentencing disparities in § 1326 cases violated due process. The record indicates these claims are meritless.

Having conducted an independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude that there are no additional issues for review.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

---

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.